# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leonard Chavez,<br><br>             Plaintiff,<br><br>v.<br><br>Verizon Wireless (VAW) LLC,<br><br>             Defendant. | No. CV-15-00890-PHX-DJH<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation to Dismiss with Prejudice (Doc. 12),

**IT IS HEREBY ORDERED** dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FINALLY ORDERED** directing the Clerk of Court to terminate this action.

Dated this 28th day of January, 2016.

_____
Honorable Diane J. Humetewa
United States District Judge